IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Harris,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Ivan Bartos, et al.,<br><br>　　　　　Respondents. | No. CV 04-1568-PHX-EHC<br><br>**ORDER** |

On July 30, 2004, Petitioner filed a timely Petition for Writ of Habeas Corpus. [Dkt. 1] Respondents submitted an Answer to Petitioner's Petition on November 8, 2004. [Dkt. 9] Petitioner filed a Reply to Respondent's Answer on November 22, 2006. [Dkt. 12] On June 30, 2005, Respondents filed a Supplemental Response [Dkt. 22] to which Petitioner Replied on July 25, 2005. [Dkt. 25] On May 31, 2006, Magistrate Judge David K. Duncan issued a Report and Recommendation. [Dkt. 26] Petitioner filed his Objection's to the Report and Recommendation on June 12, 2006. [Dkt. 27]

A district court judge reviews a Report and Recommendation of a Magistrate Judge *de novo*. *See* 28 U.S.C. § 636(b)(1)(C).

The Court having reviewed the record *de novo*, including the objections filed by Petitioner, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is adopted in full. [Dkt. 26]

**IT IS FURTHER ORDERED** that the Petitioner's Petition for a Writ of Habeas Corpus is **DENIED**. [Dkt. 1]

DATED this 18th day of September, 2006.

_____
Earl H. Carroll
United States District Judge